# EXHIBIT 2

Commercial Insurance Application

CSR: PC

# COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

DATE (MM/DD/YYYY): 6/27/2016

| AGENCY | CARRIER | NAIC CODE |
|---|---|---|
| Carbone & Molloy Insurance<br>346 Maple Avenue<br>Westbury, NY 11590<br>Carbone & Molloy | Travelers Insurance Company | 36137 |

| COMPANY POLICY OR PROGRAM NAME | PROGRAM CODE |
|---|---|
| Property | |

POLICY NUMBER: KTCMB295T670-1-15

| CONTACT NAME: | Carbone & Molloy | UNDERWRITER | UNDERWRITER OFFICE |
|---|---|---|---|
| PHONE (A/C, No, Ext): | 516-333-2340 | Susan Villano | |
| FAX (A/C, No): | 516-333-9110 | | |
| E-MAIL ADDRESS: | | | |
| CODE: HH075 | SUBCODE: | | |
| AGENCY CUSTOMER ID: PITTSF1 | | | |

STATUS OF TRANSACTION: [X] QUOTE  [ ] ISSUE POLICY  [ ] RENEW  [ ] BOUND (Give Date and/or Attach Copy)  [ ] CHANGE  DATE ___ TIME ___ AM/PM  [ ] CANCEL

## SECTIONS ATTACHED

| INDICATE SECTIONS ATTACHED | PREMIUM | | PREMIUM | | PREMIUM |
|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE / VALUABLE PAPERS | $ | ELECTRONIC DATA PROC | $ | TRANSPORTATION / MOTOR TRUCK CARGO | $ |
| BOILER & MACHINERY | $ | EQUIPMENT FLOATER | $ | TRUCKERS / MOTOR CARRIER | $ |
| BUSINESS AUTO | $ | GARAGE AND DEALERS | $ | UMBRELLA | $ |
| BUSINESS OWNERS | $ | GLASS AND SIGN | $ | YACHT | $ |
| COMMERCIAL GENERAL LIABILITY | $ | INSTALLATION / BUILDERS RISK | $ | | $ |
| CRIME | $ | OPEN CARGO | $ | | $ |
| DEALERS | $ | X PROPERTY | $ | | $ |

## ATTACHMENTS

| | |
|---|---|
| ADDITIONAL INTEREST | PREMIUM PAYMENT SUPPLEMENT |
| ADDITIONAL PREMISES | PROFESSIONAL LIABILITY SUPPLEMENT |
| APARTMENT BUILDING SUPPLEMENT | RESTAURANT / TAVERN SUPPLEMENT |
| CONDO ASSN BYLAWS (for D&O Coverage only) | STATEMENT / SCHEDULE OF VALUES |
| CONTRACTORS SUPPLEMENT | STATE SUPPLEMENT (If applicable) |
| COVERAGES SCHEDULE | VACANT BUILDING SUPPLEMENT |
| DRIVER INFORMATION SCHEDULE | VEHICLE SCHEDULE |
| INTERNATIONAL LIABILITY EXPOSURE SUPPLEMENT | |
| INTERNATIONAL PROPERTY EXPOSURE SUPPLEMENT | |
| LOSS SUMMARY | |

## POLICY INFORMATION

| PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | METHOD OF PAYMENT | AUDIT | DEPOSIT | MINIMUM PREMIUM | POLICY PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 07/10/16 | 07/10/17 | [X] DIRECT [ ] AGENCY | | | | $ | $ | $ |

## APPLICANT INFORMATION

NAME (First Named Insured) AND MAILING ADDRESS (including ZIP+4):
Pittsfield Building LLC
55 East Washington
Chicago, IL 60602-4718

| GL CODE | SIC | NAICS | FEIN OR SOC SEC # |
|---|---|---|---|
| | | | |

BUSINESS PHONE #: 312-236-5393
WEBSITE ADDRESS: Morganreed.com

[ ] CORPORATION  [ ] INDIVIDUAL  [ ] JOINT VENTURE  [X] LLC  NO. OF MEMBERS AND MANAGERS: ___  [ ] NOT FOR PROFIT ORG  [ ] PARTNERSHIP  [ ] SUBCHAPTER "S" CORPORATION  [ ] TRUST

NAME (Other Named Insured) AND MAILING ADDRESS (including ZIP+4):
Pittsfield Development LLC

| GL CODE | SIC | NAICS | FEIN OR SOC SEC # |
|---|---|---|---|

BUSINESS PHONE #:
WEBSITE ADDRESS:

[ ] CORPORATION  [ ] INDIVIDUAL  [ ] JOINT VENTURE  [X] LLC  NO. OF MEMBERS AND MANAGERS: ___  [ ] NOT FOR PROFIT ORG  [ ] PARTNERSHIP  [ ] SUBCHAPTER "S" CORPORATION  [ ] TRUST

NAME (Other Named Insured) AND MAILING ADDRESS (including ZIP+4):
Pittsfield Residential #2 LLC

| GL CODE | SIC | NAICS | FEIN OR SOC SEC # |
|---|---|---|---|

BUSINESS PHONE #:
WEBSITE ADDRESS:

[ ] CORPORATION  [ ] INDIVIDUAL  [ ] JOINT VENTURE  [X] LLC  NO. OF MEMBERS AND MANAGERS: ___  [ ] NOT FOR PROFIT ORG  [ ] PARTNERSHIP  [ ] SUBCHAPTER "S" CORPORATION  [ ] TRUST

AGENCY CUSTOMER ID: PITTSF1    CSR: PC

## CONTACT INFORMATION

| CONTACT TYPE: Accounting | CONTACT TYPE: Inspection |
|---|---|
| CONTACT NAME: Connie Rasmussen | CONTACT NAME: Same |
| PRIMARY PHONE #: 312-236-5393 ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # ☐ HOME ☐ BUS ☐ CELL | PRIMARY PHONE # ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # ☐ HOME ☐ BUS ☐ CELL |
| PRIMARY E-MAIL ADDRESS: | PRIMARY E-MAIL ADDRESS: |
| SECONDARY E-MAIL ADDRESS: | SECONDARY E-MAIL ADDRESS: |

## PREMISES INFORMATION (Attach ACORD 823 for Additional Premises)

| LOC # | STREET | | CITY LIMITS | INTEREST | # FULL TIME EMPL | ANNUAL REVENUES: $ 3,500,000 |
|---|---|---|---|---|---|---|
| 1 | 51-65 East Washington | | X INSIDE | X OWNER | 5 | OCCUPIED AREA: SQ FT |
| BLD # | CITY: Chicago | STATE: IL | OUTSIDE | TENANT | # PART TIME EMPL | OPEN TO PUBLIC AREA: SQ FT |
| 1 | COUNTY: | ZIP: 60602 | | | | TOTAL BUILDING AREA: 350000 SQ FT |
| | DESCRIPTION OF OPERATIONS: 38 story office building, mercantiles 1st fl, offices 2-8th flr's, 9-12th apts., offices 23-38th floors, 13-21st excluded[owned by outside interest] | | | | | ANY AREA LEASED TO OTHERS? Y / N   Y |

| LOC # | STREET | | CITY LIMITS | INTEREST | # FULL TIME EMPL | ANNUAL REVENUES: $ |
|---|---|---|---|---|---|---|
| | | | INSIDE | OWNER | | OCCUPIED AREA: SQ FT |
| BLD # | CITY: | STATE: | OUTSIDE | TENANT | # PART TIME EMPL | OPEN TO PUBLIC AREA: SQ FT |
| | COUNTY: | ZIP: | | | | TOTAL BUILDING AREA: SQ FT |
| | DESCRIPTION OF OPERATIONS: | | | | | ANY AREA LEASED TO OTHERS? Y / N |

| LOC # | STREET | | CITY LIMITS | INTEREST | # FULL TIME EMPL | ANNUAL REVENUES: $ |
|---|---|---|---|---|---|---|
| | | | INSIDE | OWNER | | OCCUPIED AREA: SQ FT |
| BLD # | CITY: | STATE: | OUTSIDE | TENANT | # PART TIME EMPL | OPEN TO PUBLIC AREA: SQ FT |
| | COUNTY: | ZIP: | | | | TOTAL BUILDING AREA: SQ FT |
| | DESCRIPTION OF OPERATIONS: | | | | | ANY AREA LEASED TO OTHERS? Y / N |

| LOC # | STREET | | CITY LIMITS | INTEREST | # FULL TIME EMPL | ANNUAL REVENUES: $ |
|---|---|---|---|---|---|---|
| | | | INSIDE | OWNER | | OCCUPIED AREA: SQ FT |
| BLD # | CITY: | STATE: | OUTSIDE | TENANT | # PART TIME EMPL | OPEN TO PUBLIC AREA: SQ FT |
| | COUNTY: | ZIP: | | | | TOTAL BUILDING AREA: SQ FT |
| | DESCRIPTION OF OPERATIONS: | | | | | ANY AREA LEASED TO OTHERS? Y / N |

## NATURE OF BUSINESS

| ☐ APARTMENTS | ☐ CONTRACTOR | ☐ MANUFACTURING | ☐ RESTAURANT | ☐ SERVICE | DATE BUSINESS STARTED (MM/DD/YYYY) |
|---|---|---|---|---|---|
| ☐ CONDOMINIUMS | ☐ INSTITUTIONAL | X OFFICE | ☐ RETAIL | ☐ WHOLESALE | 07/03/00 |

DESCRIPTION OF PRIMARY OPERATIONS
Office/Apt building

| | INSTALLATION, SERVICE OR REPAIR WORK | OFF PREMISES INSTALLATION, SERVICE OR REPAIR WORK |
|---|---|---|
| RETAIL STORES OR SERVICE OPERATIONS % OF TOTAL SALES: | % | % |

DESCRIPTION OF OPERATIONS OF OTHER NAMED INSUREDS

## ADDITIONAL INTEREST (Not all fields apply to all scenarios - provide only the necessary data) Attach ACORD 45 for more Additional Interests

| INTEREST | | NAME AND ADDRESS   RANK:   EVIDENCE:   CERTIFICATE   POLICY   SEND BILL | INTEREST IN ITEM NUMBER | |
|---|---|---|---|---|
| ☐ ADDITIONAL INSURED | ☐ LOSS PAYEE | | LOCATION: | BUILDING: |
| ☐ BREACH OF WARRANTY | ☐ MORTGAGEE | | VEHICLE: | BOAT: |
| ☐ CO-OWNER | ☐ OWNER | | AIRPORT: | AIRCRAFT: |
| ☐ EMPLOYEE AS LESSOR | ☐ REGISTRANT | | ITEM CLASS: | ITEM: |
| ☐ LEASEBACK OWNER | ☐ TRUSTEE | | ITEM DESCRIPTION | |
| ☐ LIENHOLDER | | REFERENCE / LOAN #:   INTEREST END DATE: | | |
| | | LIEN AMOUNT:   PHONE (A/C, No, Ext): | FAX (A/C, No): | |
| REASON FOR INTEREST: | | E-MAIL ADDRESS: | | |

ACORD 125 (2013/09)     Page 2 of 4

AGENCY CUSTOMER ID: PITTSF1      CSR: PC

## GENERAL INFORMATION

| # | EXPLAIN ALL "YES" RESPONSES | Y/N |
|---|---|---|
| 1a. | IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY? | N |
| | PARENT COMPANY NAME / RELATIONSHIP DESCRIPTION / % OWNED | |
| 1b. | DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | N |
| | SUBSIDIARY COMPANY NAME / RELATIONSHIP DESCRIPTION / % OWNED | |
| 2. | IS A FORMAL SAFETY PROGRAM IN OPERATION? [ ] SAFETY MANUAL  [ ] MONTHLY MEETINGS  [X] SAFETY POSITION  [ ] OSHA | Y |
| 3. | ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | N |
| 4. | ANY OTHER INSURANCE WITH THIS COMPANY? (List policy numbers) — LINE OF BUSINESS / POLICY NUMBER: Various buildings | Y |
| 5. | ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR THREE (3) YEARS FOR ANY PREMISES OR OPERATIONS? (Missouri Applicants - Do not answer this question) [ ] NON-PAYMENT [ ] AGENT NO LONGER REPRESENTS CARRIER [ ] NON-RENEWAL [ ] UNDERWRITING [ ] CONDITION CORRECTED (Describe): | N |
| 6. | ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | N |
| 7. | DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN INDICTED FOR OR CONVICTED OF ANY DEGREE OF THE CRIME OF FRAUD, BRIBERY, ARSON OR ANY OTHER ARSON-RELATED CRIME IN CONNECTION WITH THIS OR ANY OTHER PROPERTY? (In RI, this question must be answered by any applicant for property insurance. Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment). | N |
| 8. | ANY UNCORRECTED FIRE AND/OR SAFETY CODE VIOLATIONS? | N |
| 9. | HAS APPLICANT HAD A FORECLOSURE, REPOSSESSION, BANKRUPTCY OR FILED FOR BANKRUPTCY DURING THE LAST FIVE (5) YEARS? | Y |
| 10. | HAS APPLICANT HAD A JUDGEMENT OR LIEN DURING THE LAST FIVE (5) YEARS? | N |
| 11. | HAS BUSINESS BEEN PLACED IN A TRUST?  NAME OF TRUST | N |
| 12. | ANY FOREIGN OPERATIONS, FOREIGN PRODUCTS DISTRIBUTED IN USA, OR US PRODUCTS SOLD/DISTRIBUTED IN FOREIGN COUNTRIES? (If "YES", attach ACORD 815 for Liability Exposure and/or ACORD 816 for Property Exposure) | N |
| 13. | DOES APPLICANT HAVE OTHER BUSINESS VENTURES FOR WHICH COVERAGE IS NOT REQUESTED? | |

REMARKS / PROCESSING INSTRUCTIONS (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
SEE ATTACHED REMARKS OVERFLOW

## PRIOR CARRIER INFORMATION

| YEAR | CATEGORY | GENERAL LIABILITY | AUTOMOBILE | PROPERTY | OTHER: |
|---|---|---|---|---|---|
| 2015-16 | CARRIER | | | Travelers | Travelers |
| | POLICY NUMBER | | | | |
| | PREMIUM | $ | $ | $91,888.00 | $ |
| | EFFECTIVE DATE | | | 07/10/15 | |
| | EXPIRATION DATE | | | 07/10/16 | |

ACORD 125 (2013/09)          Page 3 of 4

AGENCY CUSTOMER ID: PITTSF1    CSR: PC

## PRIOR CARRIER INFORMATION (continued)

| YEAR | CATEGORY | GENERAL LIABILITY | AUTOMOBILE | PROPERTY | OTHER: |
|---|---|---|---|---|---|
| 2014-15 | CARRIER | | | Travelers | Travelers |
| | POLICY NUMBER | | | CMB295T6701-14 | CMB295T6701-14 |
| | PREMIUM | $ | $ | $ 79,158.00 | $ 3,677.00 |
| | EFFECTIVE DATE | | | 07/10/14 | 07/10/14 |
| | EXPIRATION DATE | | | 07/10/15 | 07/10/15 |
| 2013-14 | CARRIER | | | Travelers | Travelers |
| | POLICY NUMBER | | | CMB295T6701 | |
| | PREMIUM | $ | $ | $ 79,964.00 | $ |
| | EFFECTIVE DATE | | | 07/10/13 | 07/10/12 |
| | EXPIRATION DATE | | | 07/10/14 | 07/10/13 |

## LOSS HISTORY    [X] Check if none    (Attach Loss Summary for Additional Loss Information)

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE LAST __5__ YEARS    TOTAL LOSSES: $

| DATE OF OCCURRENCE | LINE | TYPE / DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | SUBRO-GATION Y/N | CLAIM OPEN Y/N |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SIGNATURE

[ ] Copy of the Notice of Information Practices (Privacy) has been given to the applicant. (Not required in all states, contact your agent or broker for your state's requirements.)

PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT OR OTHER INVESTIGATIVE REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT AMENDMENTS AND RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. CREDIT SCORING INFORMATION MAY BE USED TO HELP DETERMINE EITHER YOUR ELIGIBILITY FOR INSURANCE OR THE PREMIUM YOU WILL BE CHARGED. WE MAY USE A THIRD PARTY IN CONNECTION WITH THE DEVELOPMENT OF YOUR SCORE. YOU MAY HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND REQUEST CORRECTION OF ANY INACCURACIES. YOU MAY ALSO HAVE THE RIGHT TO REQUEST IN WRITING THAT WE CONSIDER EXTRAORDINARY LIFE CIRCUMSTANCES IN CONNECTION WITH THE DEVELOPMENT OF YOUR CREDIT SCORE. THESE RIGHTS MAY BE LIMITED IN SOME STATES. PLEASE CONTACT YOUR AGENT OR BROKER TO LEARN HOW THESE RIGHTS MAY APPLY IN YOUR STATE OR FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US FOR A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING PERSONAL INFORMATION.
(Not applicable in AZ, CA, DE, KS, MA, MN, ND, NY, OR, VA, or WV. Specific ACORD 38s are available for applicants in these states.)    (Applicant's Initials): _____

Applicable in AL, AR, DC, LA, MD, NM, RI and WV: Any person who knowingly (or willfully)* presents a false or fraudulent claim for payment of a loss or benefit or knowingly (or willfully)* presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. *Applies in MD Only.

Applicable in CO: It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

Applicable in FL and OK: Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony (of the third degree)*. *Applies in FL Only.

Applicable in KS: Any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance policy for commercial or personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act.

Applicable in KY, NY, OH and PA: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties (not to exceed five thousand dollars and the stated value of the claim for each such violation)*. *Applies in NY Only.

Applicable in ME, TN, VA and WA: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties (may)* include imprisonment, fines and denial of insurance benefits. *Applies in ME Only.

Applicable in NJ: Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

Applicable in OR: Any person who knowingly and with intent to defraud or solicit another to defraud the insurer by submitting an application containing a false statement as to any material fact may be violating state law.

Applicable in PR: Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances [be] present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND REPRESENTS THAT REASONABLE INQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE REPRESENTS THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

| PRODUCER'S SIGNATURE | PRODUCER'S NAME (Please Print) Carbone & Molloy | | STATE PRODUCER LICENSE NO (Required in Florida) |
|---|---|---|---|
| APPLICANT'S SIGNATURE | | DATE | NATIONAL PRODUCER NUMBER |

ACORD 125 (2013/09)    Page 4 of 4

**COMMERCIAL INSURANCE APPLICATION - PRIOR CARRIER INFORMATION SCHEDULE**  PITTSF1  CSR: PC  PAGE 1  OF 1

| YEAR | CATEGORY | GENERAL LIABILITY | AUTOMOBILE | PROPERTY | OTHER |
|---|---|---|---|---|---|
| 2012-13 | CARRIER | | | Travelers | Travelers |
| | POLICY NUMBER | | | CMB295T6701 | CMB295T6701 |
| | PREMIUM | $ | $ | $77,691.00 | $ |
| | EFFECTIVE DATE | | | 07/10/12 | 07/11/12 |
| | EXPIRATION DATE | | | 07/10/13 | 07/12/13 |
| YEAR | CATEGORY | GENERAL LIABILITY | AUTOMOBILE | PROPERTY | OTHER |
| 2011-12 | CARRIER | | | Travelers | Travelers |
| | POLICY NUMBER | | | CMB295T6701 | CMB295T6701 |
| | PREMIUM | $ | $ | $68,257.00 | $ |
| | EFFECTIVE DATE | | | 07/10/11 | 07/11/11 |
| | EXPIRATION DATE | | | 07/10/12 | 07/12/12 |
| YEAR | CATEGORY | GENERAL LIABILITY | AUTOMOBILE | PROPERTY | OTHER |
| | CARRIER | | | | |
| | POLICY NUMBER | | | | |
| | PREMIUM | $ | $ | $ | $ |
| | EFFECTIVE DATE | | | | |
| | EXPIRATION DATE | | | | |
| YEAR | CATEGORY | GENERAL LIABILITY | AUTOMOBILE | PROPERTY | OTHER |
| | CARRIER | | | | |
| | POLICY NUMBER | | | | |
| | PREMIUM | $ | $ | $ | $ |
| | EFFECTIVE DATE | | | | |
| | EXPIRATION DATE | | | | |
| YEAR | CATEGORY | GENERAL LIABILITY | AUTOMOBILE | PROPERTY | OTHER |
| | CARRIER | | | | |
| | POLICY NUMBER | | | | |
| | PREMIUM | $ | $ | $ | $ |
| | EFFECTIVE DATE | | | | |
| | EXPIRATION DATE | | | | |
| YEAR | CATEGORY | GENERAL LIABILITY | AUTOMOBILE | PROPERTY | OTHER |
| | CARRIER | | | | |
| | POLICY NUMBER | | | | |
| | PREMIUM | $ | $ | $ | $ |
| | EFFECTIVE DATE | | | | |
| | EXPIRATION DATE | | | | |
| YEAR | CATEGORY | GENERAL LIABILITY | AUTOMOBILE | PROPERTY | OTHER |
| | CARRIER | | | | |
| | POLICY NUMBER | | | | |
| | PREMIUM | $ | $ | $ | $ |
| | EFFECTIVE DATE | | | | |
| | EXPIRATION DATE | | | | |
| YEAR | CATEGORY | GENERAL LIABILITY | AUTOMOBILE | PROPERTY | OTHER |
| | CARRIER | | | | |
| | POLICY NUMBER | | | | |
| | PREMIUM | $ | $ | $ | $ |
| | EFFECTIVE DATE | | | | |
| | EXPIRATION DATE | | | | |
| YEAR | CATEGORY | GENERAL LIABILITY | AUTOMOBILE | PROPERTY | OTHER |
| | CARRIER | | | | |
| | POLICY NUMBER | | | | |
| | PREMIUM | $ | $ | $ | $ |
| | EFFECTIVE DATE | | | | |
| | EXPIRATION DATE | | | | |

APPLIED 125PCIS (2009/08)

| REMARKS | PH TSF | CSR: PC | PAGE 1 | OF 1 |
|---|---|---|---|---|
| Insured owns approximately 20 other buildings of various types. Most insured through Travelers. | | | | |

AGENCY CUSTOMER ID: PITTSF1　　CSR: PC

# PROPERTY SECTION

DATE (MM/DD/YYYY): 6/27/2016

| AGENCY NAME | CARRIER | NAIC CODE |
|---|---|---|
| Carbone & Molloy Insurance | Travelers Insurance Company | 36137 |

| POLICY NUMBER | EFFECTIVE DATE | NAMED INSURED(S) |
|---|---|---|
| KTCMB295T670-1-15 | 07/10/16 | Pittsfield Building LLC |

**PREMISES INFORMATION**
- PREMISES #: 1
- BUILDING #: 1
- STREET ADDRESS: 51-65 East Washington Chicago IL 60602
- BLDG DESCRIPTION: 38 Story office bldg LRO

| SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSES OF LOSS | INFLATION GUARD % | DED | BLKT # | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|---|
| See attached supplemental page for Subjects of Insurance information | | | | | | | | |

ADDITIONAL INFORMATION: [X] BUSINESS INCOME / EXTRA EXPENSE - Attach ACORD 810　　VALUE REPORTING INFORMATION - Attach ACORD 811

**ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION**

| SPOILAGE COVERAGE (Y/N) | DESCRIPTION OF PROPERTY COVERED | LIMIT $ | REFRIG MAINT AGREEMENT (Y/N) | OPTIONS |
|---|---|---|---|---|
| | | DEDUCTIBLE $ | | BREAKDOWN OR CONTAMINATION / POWER OUTAGE / SELLING PRICE |

SINKHOLE COVERAGE (Required in Florida)　ACCEPT COVERAGE　REJECT COVERAGE　LIMIT: $

PROPERTY HAS BEEN DESIGNATED AN HISTORICAL LANDMARK　　# OF OPEN SIDES ON STRUCTURE: ___

| CONSTRUCTION TYPE | DISTANCE TO HYDRANT | FIRE STAT | FIRE DISTRICT | CODE NUMBER | PROT CL | # STORIES | # BASM'TS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|---|---|---|
| FIRE RES. | 10 FT | 1 MI | Chicago | | 1 | 38 | 2 | 1929 | 350,000 |

**BUILDING IMPROVEMENTS**
- [X] WIRING, YR: 12　[X] PLUMBING, YR: 12
- [X] ROOFING, YR: 12　[X] HEATING, YR: 12
- OTHER: ___ YR: ___

BLDG CODE GRADE: ___　TAX CODE: ___　ROOF TYPE: ___
WIND CLASS: SEMI-RESISTIVE　[X] RESISTIVE
OTHER OCCUPANCIES: floors 13-21 are excluded,
HEATING SOURCE INCL WOODBURNING STOVE OR FIREPLACE INSERT　DATE INSTALLED: ___
MANUFACTURER: ___

**PRIMARY HEAT**: BOILER ___　SOLID FUEL [X]　IF BOILER, IS INSURANCE PLACED ELSEWHERE? N Y/N
**SECONDARY HEAT**: BOILER ___　SOLID FUEL ___　IF BOILER, IS INSURANCE PLACED ELSEWHERE? Y/N

| RIGHT EXPOSURE & DISTANCE | LEFT EXPOSURE & DISTANCE | FRONT EXPOSURE & DISTANCE | REAR EXPOSURE & DISTANCE |
|---|---|---|---|
| Street | Street | | Building |

| BURGLAR ALARM TYPE | CERTIFICATE # | EXPIRATION DATE | CENTRAL STATION | LOCAL GONG |
|---|---|---|---|---|
| 24 hr guard | | | | WITH KEYS |

| BURGLAR ALARM INSTALLED AND SERVICED BY | EXTENT | GRADE | # GUARDS / WATCHMEN | [X] CLOCK HOURLY |
|---|---|---|---|---|
| | | | 2 | |

| PREMISES FIRE PROTECTION (Sprinklers, Standpipes, CO2 / Chemical Systems) | % SPRNK | FIRE ALARM MANUFACTURER | [X] CENTRAL STATION |
|---|---|---|---|
| enunciater panel - common area | 100 | stand pipes & pull alarms | [X] LOCAL GONG |

**ADDITIONAL INTEREST**　ACORD 45 attached for additional names

| INTEREST | NAME AND ADDRESS　RANK: | EVIDENCE: | CERTIFICATE | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|
| [X] LOSS PAYEE / MORTGAGEE | | | | LOCATION: 1　BUILDING: 1 |
| | | | | ITEM CLASS: ___　ITEM: ___ |
| | | | | ITEM DESCRIPTION: 9-12th floors |
| | REFERENCE / LOAN #: | | | |

**REMARKS**
-24 Hour Security, 24 Hour Watchman  -Constantly monitored fire alarm enunciator system- common area's.  -Standpipes - all levels  -2 remote interior stairwells  -2 fire escapes  -Emergency lighting -stairwells  -Back-up generator system  -Building Personal trained in emer

ACORD 140 (2011/10)　Attach to ACORD 125　© 1985-2011 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: _____PITTSF1_____  CSR: PC

| ADDITIONAL PREMISES INFORMATION | PREMISES #: | STREET ADDRESS: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | BUILDING #: | BLDG DESCRIPTION: | | | | | | |

| SUBJECT OF INSURANCE | AMOUNT | COINS % | VALU-ATION | CAUSES OF LOSS | INFLATION GUARD % | DED | BLKT # | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| ADDITIONAL INFORMATION | BUSINESS INCOME / EXTRA EXPENSE - Attach ACORD 810 | VALUE REPORTING INFORMATION - Attach ACORD 811 |
|---|---|---|

**ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION**

| SPOILAGE COVERAGE (Y/N) | DESCRIPTION OF PROPERTY COVERED | LIMIT $ | REFRIG MAINT AGREEMENT (Y/N) | OPTIONS |
|---|---|---|---|---|
| | | DEDUCTIBLE $ | | BREAKDOWN OR CONTAMINATION / POWER OUTAGE / SELLING PRICE |

| SINKHOLE COVERAGE (Required in Florida) | ACCEPT COVERAGE | REJECT COVERAGE | LIMIT: $ |
|---|---|---|---|

PROPERTY HAS BEEN DESIGNATED AN HISTORICAL LANDMARK     # OF OPEN SIDES ON STRUCTURE: ____

| CONSTRUCTION TYPE | DISTANCE TO HYDRANT FT / FIRE STAT MI | FIRE DISTRICT | CODE NUMBER | PROT CL | # STORIES | # BASM'TS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|---|---|

| BUILDING IMPROVEMENTS | | BLDG CODE GRADE | TAX CODE | ROOF TYPE | OTHER OCCUPANCIES | |
|---|---|---|---|---|---|---|
| WIRING, YR: | PLUMBING, YR: | | | | | |
| ROOFING, YR: | HEATING, YR: | WIND CLASS | SEMI-RESISTIVE | HEATING SOURCE INCL WOODBURNING STOVE OR FIREPLACE INSERT | DATE INSTALLED: |
| OTHER: | YR: | RESISTIVE | | MANUFACTURER: | |

| PRIMARY HEAT | | SECONDARY HEAT | |
|---|---|---|---|
| BOILER    SOLID FUEL | | BOILER    SOLID FUEL | |
| IF BOILER, IS INSURANCE PLACED ELSEWHERE?    Y / N | | IF BOILER, IS INSURANCE PLACED ELSEWHERE?    Y / N | |

| RIGHT EXPOSURE & DISTANCE | LEFT EXPOSURE & DISTANCE | FRONT EXPOSURE & DISTANCE | REAR EXPOSURE & DISTANCE |
|---|---|---|---|

| BURGLAR ALARM TYPE | CERTIFICATE # | EXPIRATION DATE | CENTRAL STATION | LOCAL GONG |
|---|---|---|---|---|
| | | | WITH KEYS | |

| BURGLAR ALARM INSTALLED AND SERVICED BY | EXTENT | GRADE | # GUARDS / WATCHMEN | CLOCK HOURLY |
|---|---|---|---|---|

| PREMISES FIRE PROTECTION (Sprinklers, Standpipes, CO2 / Chemical Systems) | % SPRNK | FIRE ALARM MANUFACTURER | CENTRAL STATION |
|---|---|---|---|
| | | | LOCAL GONG |

**ADDITIONAL INTEREST**    ACORD 45 attached for additional names

| INTEREST | NAME AND ADDRESS  RANK: ____  EVIDENCE: ____  CERTIFICATE | INTEREST IN ITEM NUMBER | |
|---|---|---|---|
| LOSS PAYEE | | LOCATION: | BUILDING: |
| MORTGAGEE | | ITEM CLASS: | ITEM: |
| | | ITEM DESCRIPTION | |
| | REFERENCE / LOAN #: | | |

**REMARKS**

AGENCY CUSTOMER ID: PITTSF1      CSR: PC

**FRAUD NOTICES**

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, DC, FL, HI, KS, MA, MN, NE, OH, OK, OR, VT or WA; in LA, ME, TN and VA, insurance benefits may also be denied)

IN THE DISTRICT OF COLUMBIA, WARNING: IT IS A CRIME TO PROVIDE FALSE OR MISLEADING INFORMATION TO AN INSURER FOR THE PURPOSE OF DEFRAUDING THE INSURER OR ANY OTHER PERSON. PENALTIES INCLUDE IMPRISONMENT AND/OR FINES. IN ADDITION, AN INSURER MAY DENY INSURANCE BENEFITS, IF FALSE INFORMATION MATERIALLY RELATED TO A CLAIM WAS PROVIDED BY THE APPLICANT

IN FLORIDA, ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE.

IN KANSAS, ANY PERSON WHO, KNOWINGLY AND WITH INTENT TO DEFRAUD, PRESENTS, CAUSES TO BE PRESENTED OR PREPARES WITH KNOWLEDGE OR BELIEF THAT IT WILL BE PRESENTED TO OR BY AN INSURER, PURPORTED INSURER, BROKER OR ANY AGENT THEREOF, ANY WRITTEN STATEMENT AS PART OF, OR IN SUPPORT OF, AN APPLICATION FOR THE ISSUANCE OF, OR THE RATING OF AN INSURANCE POLICY FOR PERSONAL OR COMMERCIAL INSURANCE, OR A CLAIM FOR PAYMENT OR OTHER BENEFIT PURSUANT TO AN INSURANCE POLICY FOR COMMERCIAL OR PERSONAL INSURANCE WHICH SUCH PERSON KNOWS TO CONTAIN MATERIALLY FALSE INFORMATION CONCERNING ANY FACT MATERIAL THERETO; OR CONCEALS, FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT.

IN MASSACHUSETTS, NEBRASKA, OREGON AND VERMONT, ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, MAY BE COMMITTING A FRAUDULENT INSURANCE ACT, WHICH MAY BE A CRIME AND MAY SUBJECT THE PERSON TO CRIMINAL AND CIVIL PENALTIES.

IN WASHINGTON, IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE, OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE COMPANY. PENALTIES INCLUDE IMPRISONMENT, FINES, AND DENIAL OF INSURANCE BENEFITS.

**REMARKS**

6/27/2016

**Pittsfield Building LLC** — PITTSF1 — CSR: PC

PREMISE INFORMATION — PREMISES #: 1 — BUILDING #: 1 — ISOTEL#:

| # | SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSE OF LOSS | INFL | DEDUCTIBLE | FORMS # | Date | BLN |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | BUILDING | 73,000,000 | | RCV | SPECIAL | | 100000 | MSC1507 | | |
| 2. | RENTS | 3,000,000 | | RCV | SPECIAL | | 100000 | | | |
| 3. | ORDINANCE | 2,500,000 | | | SPECIAL | | 100000 | | | |
| 4. | FLOOD | 2,000,000 | | | | | 100000 | | | |
| 5. | QUAKE | 1,000,000 | | | | | 100000 | | | |
| 6. | BOILR/MACH | 50,000,000 | | | | | 10000 | | | |

ADDITIONAL PREMISES INFORMATION

| SOI | CAUSE | COINS % | RATE | RPT | AMOUNT | TYPE | BAS | SOI | CAUSE | COINS % | RATE | RPT | AMOUNT | TYPE | BAS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ATTACH TO ACORD PROPERTY SECTION

AGENCY CUSTOMER ID: PITTSF1    CSR: PC

## BUSINESS INCOME / EXTRA EXPENSE / RENTAL VALUE
## SUPPLEMENT TO PROPERTY SECTION

DATE (MM/DD/YYYY): 6/27/2016

| AGENCY | CARRIER | NAIC CODE |
|---|---|---|
| Carbone & Molloy Insurance | Travelers Insurance Company | 36137 |

| POLICY NUMBER | EFFECTIVE DATE | APPLICANT / FIRST NAMED INSURED |
|---|---|---|
| KTCMB295T670-1-15 | 07/10/16 | Pittsfield Building LLC |

### PREMISES INFORMATION

PREMISES #: 1
BUILDING #: 1

[ ] BUSINESS INCOME / EXTRA EXPENSE
[ ] BUSINESS INCOME W/O EXTRA EXPENSE
[Y] EXTRA EXPENSE
[Y] BUSINESS INCOME / RENTAL VALUE
[Y] RENTAL VALUE

**TYPE OF BUSINESS**
- [ ] NON MFG
- [ ] MFG
- [ ] MINING
- ___ % COINS

**ORDINARY PAYROLL**
- [ ] EXCL [ ] INCL
- [ ] 90 DAYS
- [ ] 180 DAYS
- $ ___

[X] EXT PERIOD 180 DAYS
MO PERIOD ___
LIMIT ___
MAX PERIOD ___

**POWER/HEAT** $ ___ DED
**ELEC MEDIA** ___ DAYS
**ORD OR LAW** ___ DAYS
**CIVIL AUTH** ___ DAYS

**OFF PREM POWER**
- [ ] POWER
- [ ] WATER
- [ ] COMM (DESCR BELOW)

**TUITION FEES**
$ ___ STUDENTS
$ ___ OTHER ED SERV/INC

**DEPEND PROP**
- [ ] BROAD FORM
- [ ] LIMITED FORM
___
COIN ___ %
- [ ] CONT LOC [ ] MFG LOC
- [ ] REC LOC [ ] LDR LOC (DESC BELOW)

**EXTRA EXPENSE**
___ DAYS PERIOD REST

**LIMIT LOSS PAY**
___ % ___ %
___ % ___ %

**NAME(S) AND ADDRESS(ES) FOR OFF PREM POWER OR DEPEND PROP**

**OTHER COVERAGES**
Mold- $100,000 ANNUAL AGGREGATE.
Vacancy Permit- MS C2 15 [07 99]

ACORD 810 (2011/10)    Page 1 of 2    ©2005-2011 ACORD CORPORATION. All rights reserved.
Attach to ACORD 140
The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: PITTSF1     CSR: PC

## ADDITIONAL PREMISES INFORMATION

| PREMISES #: | | BUSINESS INCOME / EXTRA EXPENSE | | BUSINESS INCOME W/O EXTRA EXPENSE | | EXTRA EXPENSE | | BUSINESS INCOME / RENTAL VALUE | | RENTAL VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| BUILDING #: | | | | | | | | | | |

| TYPE OF BUSINESS | ORDINARY PAYROLL | | EXT PERIOD | | POWER/HEAT | | OFF PREM POWER | | DEPEND PROP | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ NON MFG | ☐ EXCL | ☐ INCL | DAYS | $ | | DED | ☐ POWER | | ☐ BROAD FORM | ☐ LIMITED FORM |
| ☐ MFG | ☐ 90 DAYS | | MO PERIOD | | ELEC MEDIA | | ☐ WATER | | | |
| ☐ MINING | ☐ 180 DAYS | | LIMIT | | | DAYS | ☐ COMM (DESCR BELOW) | | COIN ___ % | |
| ___ % COINS | $ | | | | ORD OR LAW | DAYS | TUITION FEES | | | |
| | | | MAX PERIOD | | | | $ ___ STUDENTS | | ☐ CONT LOC | ☐ MFG LOC |
| EXTRA EXPENSE | | | LIMIT LOSS PAY | | CIVIL AUTH | DAYS | $ ___ OTHER ED SERV/INC | | ☐ REC LOC | ☐ LDR LOC (DESC BELOW) |
| ___ DAYS PERIOD REST | | | ___% ___% | | | | | | | |
| | | | ___% ___% | | | | | | | |

**NAME(S) AND ADDRESS(ES) FOR OFF PREM POWER OR DEPEND PROP**

**OTHER COVERAGES**

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, DC, FL, HI, KS, MA, MN, NE, OH, OK, OR, VT or WA; in LA, ME, TN and VA, insurance benefits may also be denied)

IN THE DISTRICT OF COLUMBIA, WARNING: IT IS A CRIME TO PROVIDE FALSE OR MISLEADING INFORMATION TO AN INSURER FOR THE PURPOSE OF DEFRAUDING THE INSURER OR ANY OTHER PERSON. PENALTIES INCLUDE IMPRISONMENT AND/OR FINES. IN ADDITION, AN INSURER MAY DENY INSURANCE BENEFITS, IF FALSE INFORMATION MATERIALLY RELATED TO A CLAIM WAS PROVIDED BY THE APPLICANT

IN FLORIDA, ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE.

IN KANSAS, ANY PERSON WHO, KNOWINGLY AND WITH INTENT TO DEFRAUD, PRESENTS, CAUSES TO BE PRESENTED OR PREPARES WITH KNOWLEDGE OR BELIEF THAT IT WILL BE PRESENTED TO OR BY AN INSURER, PURPORTED INSURER, BROKER OR ANY AGENT THEREOF, ANY WRITTEN STATEMENT AS PART OF, OR IN SUPPORT OF, AN APPLICATION FOR THE ISSUANCE OF, OR THE RATING OF AN INSURANCE POLICY FOR PERSONAL OR COMMERCIAL INSURANCE, OR A CLAIM FOR PAYMENT OR OTHER BENEFIT PURSUANT TO AN INSURANCE POLICY FOR COMMERCIAL OR PERSONAL INSURANCE WHICH SUCH PERSON KNOWS TO CONTAIN MATERIALLY FALSE INFORMATION CONCERNING ANY FACT MATERIAL THERETO; OR CONCEALS, FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT.

IN MASSACHUSETTS, NEBRASKA, OREGON AND VERMONT, ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, MAY BE COMMITTING A FRAUDULENT INSURANCE ACT, WHICH MAY BE A CRIME AND MAY SUBJECT THE PERSON TO CRIMINAL AND CIVIL PENALTIES.

IN WASHINGTON, IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE, OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE COMPANY. PENALTIES INCLUDE IMPRISONMENT, FINES, AND DENIAL OF INSURANCE BENEFITS.

ACORD 810 (2011/10)        Page 2 of 2