# EXHIBIT 5

# Certificate of Insurance

**ACORD** — **EVIDENCE OF COMMERCIAL PROPERTY INSURANCE**

CSR: PC
DATE (MM/DD/YYYY): 02/18/2016

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**PRODUCER NAME, CONTACT PERSON AND ADDRESS**
Carbone & Molloy Insurance
346 Maple Avenue
Westbury, NY 11590
Carbone & Molloy

PHONE (A/C, No, Ext): 516-333-2340
FAX (A/C, No): 516-333-9110
E-MAIL ADDRESS:
CODE: HH075   SUB CODE:
AGENCY CUSTOMER ID #: PITTSF1

**COMPANY NAME AND ADDRESS**
Travelers Insurance Company
Commercial Underwritting
3 Huntington Quadrangle
Melville, NY 11747

NAIC NO: 36137

IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH

Policy Type: Property

**NAMED INSURED AND ADDRESS**
Pittsfield Building LLC
55 East Washington St
Chicago, IL 60602-4718

LOAN NUMBER:
POLICY NUMBER: KTCMB295T6701-15
EFFECTIVE DATE: 07/10/15
EXPIRATION DATE: 07/10/16
CONTINUED UNTIL TERMINATED IF CHECKED: ☐

**ADDITIONAL NAMED INSURED(S)**
Pittsfield Residential #2 LLC

THIS REPLACES PRIOR EVIDENCE DATED:

**PROPERTY INFORMATION** (Use REMARKS on page 2, if more space is required)   ☒ BUILDING   OR   ☐ Business Personal Property

LOCATION/DESCRIPTION
51-65 East Washington
Chicago, IL 60602-4718

38 Story Multiple Tenant Building

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION** — PERILS INSURED: BASIC ☐   BROAD ☐   SPECIAL ☒

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 73,810,000   DED: 100,000

| Coverage | Yes | No | N/A | If YES, LIMIT | | DED |
|---|---|---|---|---|---|---|
| ☐ BUSINESS INCOME   ☒ RENTAL VALUE | X | | | 3,000,000 | Actual Loss Sustained; # of months: | |
| BLANKET COVERAGE | | X | | If YES, indicate value(s) reported on property identified above: $ | | |
| TERRORISM COVERAGE | X | | | Attach Disclosure Notice / DEC | | |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | X | | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | | X | | | | |
| LIMITED FUNGUS COVERAGE | X | | | 100,000 | | 100,000 |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | | | X | | | |
| REPLACEMENT COST | X | | | | | |
| AGREED VALUE | X | | | | | |
| COINSURANCE | | X | | If YES, % | | |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | 50,000,000 | | 10,000 |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | | | |
| - Demolition Costs | X | | | 2,500,000 | | 100,000 |
| - Incr. Cost of Construction | X | | | 2,500,000 | | 100,000 |
| EARTH MOVEMENT (If Applicable) | X | | | 1,000,000 | | 100,000 |
| FLOOD (If Applicable) | X | | | 2,000,000 | | 100,000 |
| WIND / HAIL (If Subject to Different Provisions) | | X | | | | |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | X | | | | | |

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

☐ MORTGAGEE   ☐ CONTRACT OF SALE
☐ LENDERS LOSS PAYABLE   ☒ Certificate Holder

NAME AND ADDRESS
Pittsfield Hotel Holdings LLC

LENDER SERVICING AGENT NAME AND ADDRESS

AUTHORIZED REPRESENTATIVE
*Peter Carbone*

ACORD 28 (2009/12)   Page 1 of 2   © 2003-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered

EXHIBIT 5

CARBONE002154

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

Coverage For Floors 13 thru 21 [55 East Washington Development] are EXCLUDED from Policy/Coverage

CARBONE002155