UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Pittsfield Development LLC, et al.

Plaintiff,

v.

Case No.: 1:18−cv−06576
Honorable Steven C. Seeger

The Travelers Indemnity Company

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2019:

MINUTE entry before the Honorable Steven C. Seeger: The Court sets the following briefing schedule on Defendant's Motion to Dismiss (Dckt. No. [86]): The Plaintiffs shall respond to Defendant's motion to dismiss by January 8, 2020. Defendant must reply by January 22, 2020. The Court strikes the motion hearing set for December 17, 2019 (Dckt. No. [87]). Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.