UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PITTSFIELD DEVELOPMENT, LLC, an Illinois limited liability company, PITTSFIELD RESIDENTIAL II, LLC, an Illinois limited liability company, and PITTSFIELD HOTEL HOLDINGS, LLC, an Illinois limited liability company, <br><br> Plaintiffs, <br> v. <br><br> THE TRAVELERS INDEMNITY COMPANY, a Connecticut property and casualty insurance company, <br><br> Defendant. | No. 1:18-cv-06576 <br><br> Honorable Nancy L. Maldonado |

**NOTICE REGARDING INTEREST CALCULATIONS**

The Travelers Indemnity Company, by counsel, states as follows.

1. The Court's Minute Order (Docket No. 189) and Memorandum Opinion (Docket No. 190) provide that Travelers is entitled to seek interest on the $301,537.95 that the Court is intending to enter judgment on in favor of Travelers and against the Pittsfield Entities.

2. Illinois law provides for interest in the amount of 5 percent under 815 ILCS 205/2 from the date of payment.

3. Travelers made three discrete payments to the Pittsfield Entities, which aggregate to the $301,537.95 figure referenced in the Court's orders. The checks with payment and date information appear as Exhibit 12 to Travelers' Motion for Summary Judgment, Docket No. 162-5, PageID.5870 to 5873.

4. Travelers' calculation of interest, which amounts to $100,890.82 is shown on the next page.

| | Today: | 7/3/2024 |

| Check | Amount | Check Date | Days Since Check Date (as of Today) | Annual Interest at 5% | Daily Interest | Total Interest (Days x Daily Interest) | Principal Plus Interest |
|---|---|---|---|---|---|---|---|
| Check 048 | $ 147,589.04 | 8/7/2017 | 2522 | $ 7,379.45 | $ 20.22 | $ 50,988.98 | $ 198,578.02 |
| Check 004 | $ 43,212.74 | 8/16/2017 | 2513 | $ 2,160.64 | $ 5.92 | $ 14,875.84 | $ 58,088.58 |
| Check 688 | $ 110,736.17 | 3/8/2018 | 2309 | $ 5,536.81 | $ 15.17 | $ 35,026.00 | $ 145,762.17 |
| Totals | $ 301,537.95 | | | $ 15,076.90 | $ 41.31 | $ 100,890.82 | $ 402,428.77 |

Check Information From Exhibit 12 to Travelers Motion for Summary Judgment, Docket No. 162-5, PageID. 5870 - 5873

Respectfully submitted,

/s/ John Eggum
Matthew S. Ponzi
John Eggum
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
(312) 863-5000
(312) 863-5099 (Fax)
mponzi@fgppr.com
jeggum@fgppr.com

*Attorneys for Defendant, THE TRAVELERS INDEMNITY COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, I caused the appended document to be served via CM/ECF, the Court's electronic notification system, upon all counsel of record, including:

Christopher R. Bargione
Collins Bargione & Vuckovich
One North LaSalle Street, Suite 300
Chicago, IL 60602
Email: email@cb-law.com

By: /s/ John Eggum
John Eggum
FORAN GLENNON PALANDECH PONZI & RUDLOFF