UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PITTSFIELD DEVELOPMENT, LLC, an Illinois limited liability company, PITTSFIELD RESIDENTIAL II, LLC, an Illinois limited liability company, and PITTSFIELD HOTEL HOLDINGS, LLC, an Illinois limited liability company, | ) ) ) ) ) ) ) | No. 1:18-cv-06576 Honorable Nancy L. Maldonado |
| Plaintiffs, | ) | |
| v. | ) ) | |
| THE TRAVELERS INDEMNITY COMPANY, a Connecticut property and casualty insurance company, | ) ) ) ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

This matter having come before this Court on the cross-motions for summary judgment of Plaintiffs, Pittsfield Development, LLC, Pittsfield Residential II, LLC, and Pittsfield Hotel Holdings, LLC (the "Pittsfield Entities"), and The Travelers Indemnity Company ("Travelers"), and the Court having considered the motions and entered its Memorandum Opinion and Order dated July 3, 2024 (Docket No. 190), NOW THEN, in accordance with Rule 58 of the Federal Rules of Civil Procedure, it is ORDERED, ADJUDGED, AND DECREED, and JUDGMENT is hereby entered as follows:

1. Travelers' motion for summary judgment is GRANTED in full.

2. Judgment is entered in favor of Travelers and against the Pittsfield Entities (jointly and severally) in the amount of $402,428.77 plus costs

      (as may be submitted upon proper application), which represents judgment for the principal amount of $301,537.95 plus prejudgment interest at 5 percent from the date of Travelers' payments (as provided by 815 ILCS 205/2 and as detailed in Docket No. 191), which amounts to $100,890.82 in interest ($301,537.95 plus $100,890.82 equals $402,428.77).

3. Judgment is entered in favor of Travelers and against the Pittsfield Entities on the Pittsfield Entities' breach of contract claim and claim for reformation.

4. The Pittsfield Entities' motions for summary judgment are denied.

5. This Judgment disposes of all claims for relief and disputes in this action and constitutes a final judgment of this Court.

Date: 7/8/24                    Enter: _____
                                                      Honorable Nancy L. Maldonado
                                                      United States District Judge